UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALTON ORVILLE BERRY,

       Plaintiff,

v.

       Case No. 16-10548
       Hon. Gerald E. Rosen
       Magistrate Judge Patricia T. Morris

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     January 6, 2017

PRESENT: Honorable Gerald E. Rosen
                 United States District Judge

On December 8, 2016, Magistrate Judge Patricia T. Morris issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Alton Orville Berry's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment, and the record as a whole, the Court concurs in the thorough analysis of the Magistrate Judge, and adopts the R & R in

its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's December 8, 2016 Report and Recommendation (docket #16) is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's May 23, 2016 motion for summary judgment (docket #13) is DENIED, and that Defendant's June 1, 2016 motion for summary judgment (docket #14) is GRANTED.

> s/Gerald E. Rosen
> United States District Judge

Dated: January 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2017, by electronic and/or ordinary mail.

> s/Julie Owens
> Case Manager, (313) 234-5135